July 18, 1979.

419 A.2d 191

Commonwealth v. Delo, Appellant.

Submitted October 26, 1978. David P. Truax, Assistant Public Defender, for appellant; Donald E. Lewis, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

419 A.2d 191

Commonwealth v. Knight, Appellant.

Submitted October 26, 1978. Augustine Leone, Jr., for appellant; No appearance entered nor briefs submitted for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

SPAETH, J., concurred in the result.